# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN WAYNE FELDMANN, ) | |
| ) | Case No.: 2:14-cv-00764-GMN-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER ACCEPTING REPORT &** |
| ) | **RECOMMENDATION OF** |
| U.S. BANK, *et al.*, ) | **MAGISTRATE JUDGE LEEN** |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered September 30, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by October 17, 2014. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leen's recommendation that Plaintiff's Complaint (ECF No. 1-1) be dismissed with prejudice. Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 3) is **ACCEPTED and ADOPTED in full.** Plaintiff's Complaint (ECF No. 1-1) is dismissed with prejudice.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this 20th day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court